# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT E. COTNER, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-15-1183-M |
| WARDEN BEAR, et al., | ) |
| Respondents. | ) |

## ORDER

On October 21, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241. The Magistrate Judge recommended that petitioner's Application for Leave to Proceed In Forma Pauperis [docket no. 2] be denied and that petitioner be ordered to prepay the full $5.00 filing fee for this action to proceed. Petitioner was advised of his right to object by November 10, 2015. On October 29, 2015, petitioner paid the $5.00 filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued on October 21, 2015; and

(2) DENIES petitioner's Application for Leave to Proceed In Forma Pauperis.

**IT IS SO ORDERED this 4th day of November, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE