IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT COTNER, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Case No. CIV-15-1183-M |
| WARDEN BEAR, | ) ) | |
| Respondent. | ) ) | |

## **ORDER**

On December 31, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended dismissal of petitioner's petition for habeas relief. The parties were advised of their right to object to the Report and Recommendation by January 20, 2016. On January 19, 2016, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 22] issued by the Magistrate Judge on December 31, 2015; and

(2) DISMISSES petitioner's petition for a writ of habeas corpus.

**IT IS SO ORDERED this 29th day of January, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE